UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| GLORIA M. SLATE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-324-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NISSAN-INFINITI LT, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Gloria M. Slate and Defendant Experian Information Solutions, Inc., the sole remaining defendant in this action, have tendered an agreed order of dismissal with prejudice. [Record No. 37]  Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.      The parties' proposed agreed order of dismissal [Record No. 37], construed as joint motion to dismiss, is **GRANTED**.

2.      The claims asserted by Plaintiff Gloria M. Slate against Defendant Experian Information Solutions, Inc., are **DISMISSED**, with prejudice.

3.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.  The parties shall bear their respective fees and costs with respect to the claims dismissed or otherwise resolved by this Order.

- 1 -

This 7th day of May, 2018.



Signed By:

*Danny C. Reeves*

United States District Judge